

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00334-CV

Louis **DORFMAN,** K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfma, Appellants (Cross-Appellees)

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC and Shirley Wiatrek Appellees (Cross-Appellants),

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On December 22, 2017, the parties filed an Agreed Motion to Extend Briefing Schedule, requesting that this court extend the briefing schedule as agreed-upon by the parties. We **GRANT** the parties' motion and set the briefing schedule as follows:

- Appellants' and cross-appellants' opening briefs are due on or before February 23, 2018;
- Appellees' and cross-appellees' briefs are due on or before April 9, 2018;
- Appellants' and cross-appellants' reply briefs are due on or before May 11, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court